**Order entered June 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01636-CV

### CURBED.COM, LLC, ET AL., Appellants

### V.

### DR. RICHARD MALOUF, ET AL., Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-06268-C**

## ORDER

We **GRANT** appellants' May 23, 2014 motion for judicial notice of court filings in other cases. Judicial notice is taken of the following two documents attached to appellants' motion and filed in:

1.  Cause No. D-1-GV-12-000863 in the 126th Judicial District of Travis County:

    - Malouf Defendants' Motion to Dismiss and Motion for Attorney's Fees; and

2.  Cause No. 03-14-00036-CV in the Third District Court of Appeals:

    - Brief of Appellants

> /s/    ADA BROWN
>        JUSTICE